[Nos. 26020-4-II; 26021-2-II.  Division Two.  January 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. NICOLAS RAMOS AGUIRRE, JR., ET AL., *Appellants*.

Appeals from judgments of the Superior Court for Cowlitz County, Nos. 00-1-00059-3 and 00-1-00060-7, Randolph Furman, J., entered May 30 and June 1, 2000. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Houghton, JJ.

[Nos. 26077-8-II; 26233-9-II.  Division Two.  January 4, 2002.]

SAM CALTAGIRONE, ET AL., *Appellants*, v. CLARK COUNTY, *Respondent*.

Appeals from judgments of the Superior Court for Clark County, No. 98-2-03393-6, Edwin L. Poyfair and Joel M. Penoyar, JJ., entered June 2 and July 28, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Quinn-Brintnall, JJ.

[No. 26157-0-II.  Division Two.  January 4, 2002.]

*In the Matter of the Marriage of* JANICE L. MONFORTON-MACKENZIE, *Respondent*, and DAVID PAUL MACKENZIE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 98-3-01741-1, Roger A. Bennett, J., entered March 10, 2000. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Houghton, JJ.

[No. 26320-3-II.  Division Two.  January 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL LIND COLEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-01109-3, Rudolph J. Tollefson, J., entered August 10, 2000. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Houghton, JJ.